The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. LUIS ALBERTO CHAVEZ AGUILAR, Defendant. | NO. CR24-160-JLR<br>~~[PROPOSED]~~ JLR<br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

a. one Glock 43X semi-automatic pistol; and

b. any associated ammunition, magazines, or accessories.'

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, as well as the Declaration of AUSA Jehiel I. Baer in Support of Motion for Final Order of Forfeiture ("Baer Decl."), hereby FINDS a Final Order of Forfeiture is appropriate for these reasons:

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1. The Subject Property is forfeitable pursuant to 21 U.S.C. § 853(a), as property that facilitated the commission of, or constitutes or is derived from proceeds Defendant obtained as a result of offense of *Possession of Controlled Substances with Intent to Distribute,* in violation of 21 U.S.C. §§ 841(a)(1) and 841(a)(1)(C), a lesser-included offense to that charged in Count 2 of the Indictment (*see* Dkt. Nos. 13, 27);

2. The Subject Property is also forfeitable pursuant to 18 U.S.C. § 924(a)(1) by way of 28 U.S.C. § 2461(c), as it was involved in Defendant's commission of *Possession of Firearm in Furtherance of a Drug Trafficking Crime*, in violation of 18 U.S.C. 924(c)(1)(A)(i) (Count 3) (*id.*);

3. On August 12, 2025, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 924(a)(1) by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in it (Dkt. No. 34);

4. Thereafter, as required by 21 U.S.C. § 853(n)(l) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the pending forfeiture (Dkt. No. 39) and provided direct notice to a potential claimant as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Baer Decl., ¶ 2(a), Exhibit A); and

5. The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

///



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, Drug Enforcement Administration, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 3RD day of August, 2026.

THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov